UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ORLANDUS NIKHI GRAHAM ) | |
| ) | CASE NO. A10-92770-MGD |
| ) | |
| DEBTOR(S) ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name:  DIXIE FINANCE
Check Number: 2589439
Check Date: 3/15/2016
Check Amount: $335.27

These funds are being remitted to the Registry because the payee has not claimed the funds.

CERTIFICATE OF SERVICE

This is to certify that I have this day, March 21, 2016 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
ATLANTA, GA  30341

_____/S/_____
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: )<br>ORLANDUS NIKHI GRAHAM )<br>)<br>)<br>DEBTOR(S) ) | CHAPTER 13<br><br>CASE NO. A10-92770-MGD |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: UNITED CREDIT RECOVERY LLC
Check Number: 2589439
Check Date: 3/15/2016
Check Amount: $476.87

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, March 21, 2016 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BUILDING 3, SUITE A
ATLANTA, GA  30341

/S/
_____
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110